37 F.3d 1485
 Carl Colteryahn Dairy, Inc.
v.
Western Pennsylvania Teamsters and Employers Pension Fund,
American Benefit Corporation, Brooks (Melvin M., CPA),
Stokes (Frank), Agent of American Benefit Corporation,
Wilneff (Leon B.), Agent of American Benefit Corporation,
Fagan (Thomas L.), Hardy (W.F.), Hutchinson (James H., Jr.),
Montani (Samuel A.), Salvatora (Charles E.), Zachua (Joseph
E.), Peluso (Richard R.), Baker (Raymond H.), Trustees
 NOS. 93-3607, 93-3608
 United States Court of Appeals,
Third Circuit.
 Aug 08, 1994
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.